557149.1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SIERRA APPLIED SCIENCES, INC. )
(a Colorado Corporation), )
 )
   Plaintiff, ) No. 01-628
 )
 )
   vs. )
 ) Hon. Donetta W. Ambrose
KURT J. LESKER COMPANY )
(a Pennsylvania corporation), and BP )
SOLAREX (Trade name), ) **Jury Trial Demanded**
 )
   Defendants. )

## ORDER OF COURT

AND NOW, this 9ᵗʰ day of ~~June~~ *Aug*, 2005, upon consideration of Defendants'

Motion for Reconsideration of Claim Construction Determination and Supporting Legal

Authority, it is hereby ORDERED that said Motion is ~~GRANTED~~ *denied), for the*
*reason that the evidence defendant requests the*
*court to consider post-*
*dates the issuance of the*
*patent and is, therefore,*
*not relevant to claim*
*construction.*

BY THE COURT:

*Donetta F. Ambrose*
Chief Judge Donetta W. Ambrose

