## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIERRA APPLIED SCIENCES, INC. (a Colorado Corporation),  )  | No. 01-628 |
| Plaintiff and Counter-Defendant,  )  | Hon. Donetta W. Ambrose |
| vs.  )  | **Jury Trial Demanded** |
| KURT J. LESKER COMPANY (a Pennsylvania corporation), and BP SOLAREX (Trade name),  )  | Filed electronically |
| Defendants and Counter-Plaintiffs.  )  | |

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

NOW COME Sierra Applied Sciences, Inc., Kurt J. Lesker Company and BP Solarex (now known as BP Solar International, Inc.), by and through their undersigned counsel, and, pursuant to Federal Rule of Civil Procedure 41(a)(1) and the confidential terms of a settlement entered into by the parties, jointly

stipulate to dismissal with prejudice of this action, including all claims and counterclaims asserted therein.

| METZ LEWIS, LLC | MEYER, UNKOVIC & SCOTT, LLP |
|---|---|
| By: s/Barry I. Friedman<br>Barry I. Friedman, Esquire<br>Pa. I.D. No. _____<br>11 Stanwix Street, 18th Floor<br>Pittsburgh, PA 15222<br>(412) 918-1110<br>(412) 918-1199 (Fax)<br>bfriedman@metzlewis.com | By: s/David G. Oberdick<br>David G. Oberdick, Esquire<br>Pa. I.D. No. 47648<br>1300 Oliver Building<br>Pittsburgh, PA 15222<br>(412) 456-2881<br>(412) 456-2864 (Fax)<br>dgo@muslaw.com |
| Attorneys for Plaintiff Sierra Applied Sciences, Inc. | Attorneys for Defendants Kurt J. Lesker Company and BP Solarex |
| Dated: September 13, 2005 | Dated: September 13, 2005 |

DAHL & OSTERLOTH, LLP

By: s/Susan E. Chetlin
   Susan E. Chetlin, Esquire
   555 Seventeenth St., Suite 3405
   Denver, CO 80202
   (303) 291-3211
   (303) 291-3201 (Fax)
   schetlin@dahlosterloth.com

Attorneys for Plaintiff Sierra Applied Sciences, Inc.

Dated: September 13, 2005

AND NOW, this 13th day of September, 2005, IT IS SO ORDERED.

*Donetta W. Ambrose*
Chief Judge Donetta W. Ambrose